ADAM GORDON
United States Attorney
JORDAN B. ARAKAWA
Assistant United States Attorney
California Bar No. 294207
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 546-6955

SEALED

ORDERED UNSEALED on 07/17/2026 s/ melindajw

Attorneys for United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff,<br>v.<br>Wilmer Geovanny Chavarria-Barre, aka "Pipo,"<br>Defendant. | Case No. 26CR0383-H<br>APPLICATION TO PARTIALLY UNSEAL INDICTMENT AND ARREST WARRANT<br>**[UNDER SEAL]** |

The United States of America, by and through its counsel, applies for an Order from the Court to partially unseal the indictment and arrest warrant as to the defendant in this case, WILMER GEOVANNY CHAVARRIA-BARRE, aka "Pipo," in order to allow for disclosure to and by United States Department of State and law enforcement personnel, including foreign authorities, in connection with the performance of their duties and for the purpose of locating, arresting, and extraditing the defendant. On February 4, 2026, a grand jury returned a sealed Indictment charging the defendant with International Conspiracy to Distribute Controlled Substances (21 U.S.C. §§ 959, 960, 963) and Criminal Forfeiture. Subsequently, the Clerk of the Court issued sealed the arrest warrant for the defendant.

The United States anticipates working with the United States Department of State and foreign law enforcement authorities in order to locate, arrest and extradite the above-captioned defendant. In that effort, the United States is required to provide a copy of the

Indictment and/or arrest warrant to the Department of State and to foreign authorities.

Accordingly, the United States requests an Order partially unsealing the indictment and arrest warrant only for the purpose of allowing for disclosure to and by law enforcement personnel, including foreign authorities, and the Department of State in connection with the performance of their duties and for the purpose of locating, arresting and extraditing the defendant.

Additionally, the United States further requests that this application and any resulting Order be sealed until otherwise ordered by the Court.

DATED: February 5, 2026.

Respectfully Submitted,

ADAM GORDON
United States Attorney

*<u>/s/ Jordan Arakawa</u>*
JORDAN ARAKAWA
Assistant United States Attorney