SEALED

ORDERED UNSEALED on 07/17/2026 s/ melindajw

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

Plaintiff,

v.

Wilmer Geovanny Chavarria-Barre, aka "Pipo,"

Defendant.

Case No. 26CR0383-H

ORDER TO PARTIALLY UNSEAL INDICTMENT AND ARREST WARRANT

**[UNDER SEAL]**

This matter comes before the Court on the United States' motion to partially unseal the Indictment and arrest warrant for the purpose of locating, arresting, and extraditing the defendant.

IT IS HEREBY ORDERED that the Indictment and arrest warrant in the above-captioned case are unsealed for the limited purpose of disclosure by the United States Attorney's Office to the United States Department of State and law enforcement personnel, including foreign authorities, and will be resealed immediately thereafter.

//

//

IT IS FURTHER ORDERED that the application and Order are sealed until otherwise ordered by the Court.

Dated: February 9, 2026

Marilyn L. Huff

HON. MARILYN L. HUFF
UNITED STATES DISTRICT JUDGE