ADAM GORDON
United States Attorney
KYLE B. MARTIN
Assistant U.S. Attorney
California Bar No. 267013
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101
Tel: (619) 546-7726
Email: kyle.martin@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>Wilmer Geovanny Chavarria-Barre,<br>Defendant. | Case No.: 26-cr-00383-H<br>NOTICE OF APPEARANCE |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD

I, the undersigned attorney, enter my appearance as co-counsel for the United States in the above-captioned case. I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as co-counsel for CM/ECF purposes, and should receive all Notices of Electronic Filings relating to activity in this case:

Name

Jordan Arakawa.

Effective this date, the following attorneys are no longer associated with this case and should not receive any further Notices of Electronic Filings relating to activity in this case (if the generic "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this association):

Name

None.

Please feel free to call me if you have any questions about this notice.

DATED: July 20, 2026.

Respectfully submitted,

ADAM GORDON
United States Attorney

*s/ Kyle B. Martin*
KYLE B. MARTIN
Assistant U.S. Attorney
Attorney for Plaintiff
United States of America